IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**TIMOTHY WAYNE LEE,**

Petitioner,

v.

**A. GILL, Warden,**

Respondent.

Case No. 1:15-cv-00297 MJS (HC)

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY**

**(Doc. 20)**

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 14, 2015, Petitioner filed a motion for leave to file a sur-reply in response to Respondent's reply to his traverse. The motion is GRANTED. The Court shall consider the arguments presented in the sur-reply in due course.

IT IS SO ORDERED.

Dated: March 2, 2016

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1